# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in
Government Act of 1978, as amended
(5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>Savage, Timothy J. | 2. Court or Organization<br><br>Eastern Dist. of Pennsylvania | 3. Date of Report<br><br>03/25/2002 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>U. S. District Judge Nominee | 5. Report Type (check type)<br><br>X  Nomination, Date ___03/21/2002___<br><br>___ Initial  ___ Annual  ___ Final | 6. Reporting Period<br>01/01/2001<br>to<br>03/20/2002 |
| 7. Chambers or Office Address<br><br>5030 Oxford Avenue<br><br>Philadelphia, PA 19124 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS  *(Reporting individual only; see pp. 9-13 of Instructions.)*

**NONE** (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| 1 | Sole Officer, Director, Shareholder | Timothy J. Savage, P.C., |
| 2 | Partner | Savage & Savage (Real Estate Investment) |
| 3 | Director, Counsel | Metropolitan (Northeast) Boys & Girls Club |

## II. AGREEMENTS  *(Reporting individual only; see pp.14-16 of Instructions.)*

**NONE** (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1 | 1977 | State Employees' Retirement System, Pension upon retirement |
| 2 | | If confirmed, I shall make arrangements to transfer pending litigation files to another firm. I contemplate receiving immediate reimbursement of (cntd Part 8) |
| 3 | | |

## III. NON-INVESTMENT INCOME  *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

**NONE** (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | 2000 | Commonwealth of Pennsylvania | 56,240 |
| 2 | 2001 | Commonwealth of Pennsylvania | 59,446 |
| 3 | 2002 | Commonwealth of Pennsylvania | 15,805 |
| 4 | 2000 | Timothy J. Savage, P.C. | 183,367 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Savage, Timothy J. | 03/25/2002 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ NONE | (No such reportable reimbursements.) | |
| 1 | | Exempt |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ NONE | (No such reportable gifts.) | | |
| 1 | | Exempt | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☐ NONE | (No reportable liabilities.) | | |
| 1 | Washington Mutual | Mortgage on Rental Property (Pt. VII, line 1) | L |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Savage, Timothy J. | 03/25/2002 |

## VII. Page 1 INVESTMENTS and TRUSTS-- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Rental Property, Philadelphia, PA (1990 $155,000) | G | Rent | M | R | Exempt | | | | |
| 2 Mortgage Edward & Deborah Bednarz | A | Interest | J | U | " | | | | |
| 3 OBJX - Common Stock | | None | J | T | " | | | | |
| 4 NGWY - Common Stock | | None | | | " | | | | |
| 5 AXA - Common Stock | A | Dividend | J | T | " | | | | |
| 6 Summit Bancorp - Common Stock | A | Dividend | J | T | " | | | | |
| 7 Joseph Manley - Commodity Investment Pool | B | Dividend | K | T | " | | | | |
| 8 Bridesburg FCU | A | Interest | J | T | " | | | | |
| 9 Alger Mutual Fund | | None | J | T | " | | | | |
| 10 AIM - Weingarten - Mutual Fund | A | Dividend | J | T | " | | | | |
| 11 Righttime - Blue Chip - Mutual Fund (Federated Capital) | A | Dividend | K | T | " | | | | |
| 12 Nationwide - Best of America - Annuities (2) | | None | L | T | " | | | | |
| 13 BLLS - Common Stock | | None | K | T | " | | | | |
| 14 NOW - Common Stock | | None | J | T | " | | | | |
| 15 MEDC - Common Stock | | None | K | T | " | | | | |
| 16 ACRXX - Money Market | A | Dividend | L | T | " | | | | |
| 17 VGR - Common Stock | D | Dividend | M | T | " | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessr
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS-- income, value, transactions   *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during<br>reporting period | | C.<br>Gross value<br>at end of<br>reporting<br>period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>dividend,<br>rent or<br>interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy,<br>sell, partial<br>sale,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| NONE   (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18   LTS - Common Stock | | None | J | T | Exempt | | | | |
| 19   FPLY - Common Stock | | None | J | T | " | | | | |
| 20   Billserv, Inc. - restricted stock | | None | K | T | " | | | | |
| 21   Tobacco Settlement Auth Iowa - Bond | | None | L | T | " | | | | |
| 22   Knights of Columbus FCU | A | Interest | J | T | " | | | | |
| 23   Ocean City Home Bank - Accounts | A | Interest | J | T | " | | | | |
| 24   Mellon Bank - Accounts | A | Interest | J | T | " | | | | |
| 25   Trust #1 | A | Dividend | J | T | " | | | | |
| 26      -BGL | | | | | | | | | |
| 27      -VGR | | | | | | | | | |
| 28      -ACR | | | | | | | | | |
| 29   Trust #2 | A | Dividend | J | T | " | | | | |
| 30      -BGL | | | | | | | | | |
| 31      -VGR | | | | | | | | | |
| 32      -ACR | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessr | |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

Part I. Positions (Continuation)

| | Position | Name of Organization/Entity |
|---|---|---|
| 4 | Custodian | Trust #1 |
| 5 | Custodian | Trust #2 |

Part II. Agreements Re: If confir, contd ...costs expended and future payment of fees upon resolution of each matter for services previously rendered.

Part III. Non-Investment Income (Continuation)

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|
| 5 | 2001 | Timothy J. Savage, P.C. and self | 124,209 |
| 6 | 2002 | Timothy J. Savage, P.C. | Undetermined |
| 7 | 2001 | Timothy J. Savage, P.C. | --- |
| 8 | 2002 | Timothy J. Savage, P.C. | --- |

Gross income figures on lines 4 through 6 were generated from legal fees paid to a professional corporation solely owned by the nominee. The corporation pays rent to a partnership consisting of the nominee and his spouse. The rental payments are reported in Part VII, Investments and Trusts, line 1. A portion of the income on lines 4 through 6 of this part is passed through to the rental property in Part VII.

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

| | Name of Person Reporting | Date of Report |
|---|---|---|
| FINANCIAL DISCLOSURE REPORT | Savage, Timothy J. | 03/25/2002 |

# IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____     Date __3/25/02__

Note:    Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

## FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 20 | 000 | Notes payable to banks-secured | | | 0 |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | 0 |
| Listed securities-add schedule | | 409 | 767 | Notes payable to relatives | | | 0 |
| Unlisted securities--add schedule | | 68 | 783 | Notes payable to others | | | 0 |
| Accounts and notes receivable: | | | | Accounts and bills due | | 1 | 800 |
| Due from relatives and friends | | 17 | 158 | Unpaid income tax | | | 0 |
| Due from others | | | 0 | Other unpaid income and interest | | | 0 |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 400 | 223 |
| Real estate owned-add schedule | 1 | 125 | 000 | Chattel mortgages and other liens payable | | | 0 |
| Real estate mortgages receivable | | 9 | 500 | Other debts-itemize: | | | |
| Autos and other personal property | | 55 | 000 | Auto Loans (2) | | 47 | 600 |
| Cash value-life insurance | | 38 | 489 | | | | |
| Other assets itemize: | | | | | | | |
| Boat | | 10 | 000 | | | | |
| | | | | Total liabilities | | 449 | 623 |
| | | | | Net Worth | 1 | 304 | 074 |
| Total Assets | 1 | 753 | 697 | Total liabilities and net worth | 1 | 753 | 697 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | 15 | 000 | Are any assets pledged? (Add schedule) | | | No |
| On leases or contracts | | | 0 | Are you defendant in any suits or legal actions? | | | No |
| Legal Claims | | | 0 | Have you ever taken bankruptcy? | | | No |
| Provision for Federal Income Tax | | | 0 | | | | |
| Other special debt | | | 0 | | | | |

As of December 11, 2001